# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | Chapter 13 |
|  | : |  |
|  | : | Case No.: 17-10341-mdc |
| **RUBY WILLIAMS AND** | : |  |
| **WILLIE WILLIAMS,** | : |  |
|  | : |  |
| **Debtors** | : |  |

## ORDER

AND NOW, this  30th  day of  August , 2018 upon consideration of the Final Application of McDowell Posternock Apell & Detrick, PC, Counsel for the Debtors, Ruby Williams and Willie Williams, for Allowance and Disbursement of Compensation and Reimbursement of Expenses, and responses, if any, thereto,

IT IS hereby ORDERED and DECREED that:

1. The Final Application of McDowell Posternock Apell & Detrick, PC, counsel for the Debtors, Ruby Williams and Willie Williams, for allowance and disbursement of compensation and reimbursement of expenses (the "Application") is GRANTED; and

2. There shall be awarded to McDowell Posternock Apell & Detrick, PC compensation in the amount of **$3,500** for actual and necessary services rendered by it on behalf of the Debtors, and **$310** for actual and necessary expenses incurred by McDowell Posternock Apell & Detrick, PC in rendering said services for the period January 17, 2017 through October 10, 2017, for a total sum of **$3,810.**

BY THE COURT:

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN, U.S.B.J.