44372

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: Ruby Williams and Willie Williams, Jr. | : | |
| Debtor | : | Bky No. 17-10341 MDC |
| American Heritage Federal Credit Union | : | |
| Movant | : | Chapter 13 |
| Ruby Williams and Willie Williams, Jr. | : | |
| William C. Miller | : | |
| Respondents | : | |

## ORDER

AND NOW THIS 1st DAY OF November, 2018, it is hereby **ORDERED,** that the attached stipulation is **APPROVED.**

_____
UNITED STATES BANKRUPTCY JUDGE

Dated:

Copies to:
Martha E. Von Rosenstiel, P.C.
649 South Avenue
Secane, PA 19018

William C. Miller
P.O. Box 1229
Philadelphia, PA 19105

Thomas Egner
46 West Main Street,
Maple Shade, NJ 08046

Ruby Williams and Willie Williams, Jr.
913 West Duncannon Avenue,
Philadelphia PA 19141